1  RICHARD E. WINNIE [68048]
   County Counsel
2  By:  TODD A. BOLEY  [68119]
   Deputy County Counsel
3  Office of County Counsel, County of Alameda
   1221 Oak Street, Suite 450
4  Oakland, California 94612
   Telephone:   (510) 272-6700
5
   Attorneys for Defendants County of Alameda,
6  Karen Benjamin and Denise Smith

7

8                    UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA (OAKLAND DIVISION)

10

11 | DEBRA PANIAGUA,                          | Case No.: C10-01981-CW
12 |                      Plaintiff,          |
13 |        v.                                | **STIPULATION AND [~~PROPOSED~~]**
                                              | **ORDER CONTINUING CASE**
14 | COUNTY OF ALAMEDA; CELESTE               | **MANAGEMENT**
   | DRUMMOND, INDIVIDUALLY AND AS AN
15 | EMPLOYEE OF COUNTY OF ALAMEDA;
   | MELISSA TURNER, INDIVIDUALLY AND
16 | AS AN EMPLOYEE OF COUNTY OF
   | ALAMEDA; KAREN BENJAMIN,
17 | INDIVIDUALLY AND AS AN EMPLOYEE
   | OF COUNTY OF ALAMEDA; DENISE
18 | SMITH, INDIVIDUALLY AND AS AN
   | EMPLOYEE OF COUNTY OF ALAMEDA
19 | and DOES 1-20 inclusive,
20 |
   |                      Defendants.
21

22

23        IT IS HEREBY STIPUTLATED BY AND BETWEEN THE PARTIES HERETO

24 THAT:

25        1.     This matter was assigned to the Honorable Claudia Wilken on September

26 7, 2010.

27        2.     The Court issued a Scheduling Order on September 8, 2010 setting the

28 Case Management Conference for October 5, 2010.  At that time, none of the

---
STIPULATION and [~~PROPOSED~~] ORDER CONTINUING CMC, *Paniagua v. COA, et al.*, Case No. C10-01981-CW
1

defendants had filed responsive pleadings.

3. Defendants County of Alameda, Karen Benjamin and Denise Smith filed a motion to dismiss the complaint on September 13, 2010. The first available hearing date was October 28, 2010.

4. The ruling on the motion to dismiss will clarify the issues for the parties and make planning for the Case Management Conference more meaningful. The parties respectfully request that the Case Management Conference be continued to a date after the hearing on the motion to dismiss.

DATED: September 24, 2010   RICHARD E. WINNIE, County Counsel in and for the County of Alameda, State of California

_____/s/ Todd Boley_____
TODD BOLEY
Deputy County Counsel

Attorneys for Defendants County of Alameda, Karen Benjamin and Denise Smith

DATED: September 24, 2010   LAW OFFICE OF MICHAEL G. DIAS

_____/s/ Michael G. Dias_____
MICHAEL G. DIAS

Attorney for Plaintiff Debra Paniagua

I hereby attest that I have consent from all parties to e-file this document with electronic signatures.

_____/s/ Todd Boley_____
TODD BOLEY
Deputy County Counsel

Attorneys for Defendants County of Alameda, Karen Benjamin and Denise Smith

1  Based on the Stipulation of the parties, and good cause appearing therefore,

2  **IT IS HEREBY ORDERED**:

3  1.   That the Case Management Conference be continued to

4  _November 30_____, 2010 at 2:00 pm.

Dated: 9/27/2010

_____
HON. CLAUDIA WILKEN
United States District Judge

STIPULATION and [~~PROPOSED~~] ORDER CONTINUING CMC, *Paniagua v. COA, et al.,* Case No. C10-01981-CW

3