IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DEBRA PANIAGUA,

       Plaintiff,

  v.

COUNTY OF ALAMEDA, et al.,

       Defendants.
_____/

No. 10-01981 CW

ORDER ON PLAINTIFF'S FAILURE TO FILE AN OPPOSITION AND PROOFS OF SERVICE ON DEFENDANTS CELESTE DRUMMOND AND MELISSA TURNER

    On September 13, 2010, Defendants County of Alameda, Karen Benjamin and Denise Smith moved to dismiss Plaintiff Debra Paniagua's complaint. The hearing on Defendants' motion was set for October 28, 2010. Consequently, Plaintiff's opposition was due October 8, 2010.

    Plaintiff failed to file an opposition. Plaintiff shall file an opposition by October 14, 2010, or her claims against these Defendants will be dismissed for failure to prosecute. If an opposition is filed, Defendants' reply shall be due one week thereafter. Defendants' motion will be taken under submission on the papers. The Court VACATES the hearing set for October 28, 2010.

    In addition, Defendants Celeste Drummond and Melissa Turner have not appeared in this action and the Court's records do not show that they have been served. Plaintiff initiated her action on May 7, 2010, which required her to serve Ms. Drummond and Ms. Turner by September 7, 2010. See Fed. R. Civ. P. 4(m) and 6(a)(1)(C). Accordingly, by October 14, 2010, Plaintiff shall file

proof that she served Ms. Drummond and Ms. Turner in accordance with Rule 4(m).  In the alternative, Plaintiff may move to extend time for service, so long as she can demonstrate good cause.  If she fails to file proofs of service or show good cause to extend time, Plaintiff's claims against Ms. Drummond and Ms. Turner will be dismissed without prejudice.

    IT IS SO ORDERED.

Dated:  10/8/2010

CLAUDIA WILKEN
United States District Judge