IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA PANIAGUA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF ALAMEDA, et al.,<br><br>　　　　Defendants.　　　　　／ | No. C 10-01981 CW<br><br>ORDER ON PLAINTIFF'S FAILURE TO FILE AN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS |

　　　On December 7, 2010, Defendants County of Alameda, et al., moved to dismiss Plaintiff Debra Paniagua's amended complaint.  The hearing on Defendants' motion was set for January 20, 2011.  Plaintiff, who is represented by an attorney, did not file a timely opposition.

　　　Notably, Plaintiff also failed to respond timely to Defendants' first motion to dismiss.  With respect to that motion, the Court issued an order directing her to file an opposition by a date certain.  She did not file a substantive response, but instead offered a terse memorandum requesting leave to file an amended complaint.

　　　Plaintiff shall file an opposition by January 13, 2011.  If an opposition is filed, Defendants' reply shall be due one week thereafter.  Defendants' motion will be taken under submission on

the papers. The Court VACATES the hearing set for January 20. The initial case management conference, currently set for January 25, is continued to February 15, 2011.

Because Plaintiff has failed to demonstrate diligence in prosecuting her claims, any failure to comply with this Order will result in the dismissal of her action for failure to prosecute. Such dismissal will be with prejudice.

IT IS SO ORDERED.

Dated: January 6, 2011

CLAUDIA WILKEN
United States District Judge

2